IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 08 2015
Abel Acosta, Clerk

NO. WR-82,652-01

EX PARTE DAVID ROBERT STEINER, Applicant

## REQUEST FOR EXTENSION OF TIME TO FILE ADDITIONAL FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Applicant, DAVID ROBERT STEINER, filed an application for post-conviction writ of habeas corpus pursuant Article 11.07 of the Texas Code of Criminal Procedure, collaterally attacking his conviction in cause number 722. The undersigned trial court determined that Applicant is indigent and appointed Frank Lacy to represent him for this process.

An evidentiary hearing on this matter was conducted on April 23, 2015. Thereafter, Findings of Fact and Conclusions of Law were prepared and filed with this honorable court.

The undersigned trial court did not receive notice of this honorable court's decision on this matter. The trial court discovered on this honorable court's website, that the Court of Criminal Appeals entered a Per Curiam Order requiring this court to make additional findings of fact. It was also discovered from the website that the Court of Criminal Appeals' notice of this Per Curiam Order was returned "Return To Sender, No Mail Receptacle,

1

Unable to Forward." The address on the notice is the physical address of the undersigned trial court, not the mailing address. The correct mailing address for the undersigned trial court is P.O. Drawer 1089, Del Rio, Texas 78841-1089.

## Request for Extension of Time

The trial court finds that Applicant is still indigent and would like to re-appoint Mr. Frank Lacy and conduct another fact finding hearing consistent with this honorable court's order of July 1, 2015. The undersigned trial court respectfully requests that an additional 30 days from the September 29, 2015 deadline to give notice to the parties, conduct the hearing and file the additional findings of fact and conclusions of law as ordered.

Respectfully submitted:

JUDGE ENRIQUE FERNANDEZ
63RD Judicial District Court
Terrell County, Texas

2